**Dismiss and Opinion Filed October 27, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00771-CV**

**MARCUS DAVIS, Appellant**
**V.**
**ALISHA DAVIS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-00656-2023**

## MEMORANDUM OPINION

Before Justices Goldstein, Garcia, and Miskel
Opinion by Justice Garcia

The clerk's record in this case is past due. By letter dated September 14, 2023, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not

provided the required documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 37.3(b); 42.3(b), (c).

230771f.p05

/Dennise Garcia/
DENNISE GARCIA
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

MARCUS DAVIS, Appellant

No. 05-23-00771-CV     V.

ALISHA DAVIS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas Trial Court Cause No. 380-00656-2023.
Opinion delivered by Justice Garcia. Justices Goldstein and Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 27th day of October, 2023.